1   LINCOLN, GUSTAFSON & CERCOS
    *ATTORNEYS AT LAW*
2   225 Broadway, Suite 2000
    San Diego, California 92101
3   (619) 233-1150/Fax: (619) 233-6949

4   Jill Dickerson, Esq. (SBN. 220070)

5   *Of Counsel*
    David Israel, Esq. (La. Bar No. 7174)
6   SESSIONS, FISHMAN & NATHAN, L.L.P.
    201 St. Charles Avenue, Suite 3500
7   New Orleans, Louisiana  70170-3500
    Telephone:    (504) 582-1500
8   Facsimile:    (504) 582-1555

9   Attorneys for Defendant, West Asset Management, Inc. f/k/a ATTENTION, LLC

10

11                  UNITED STATES DISTRICT COURT

12          EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

14   TRACI BOYD,                        )  Case No. 2:05-CV-1381-MCE-JFM
                                        )
15                  Plaintiff,          )
                                        )
16        -against-                     )  **SUBSTITUTION OF ATTORNEY**;
                                        )  **ORDER**
17   WEST ASSET MANAGEMENT, INC.        )
     f/k/a  ATTENTION,  LLC;  PHYLLIS   )
18   MALLORY; WELLS FARGO BANK; AND     )
     DOES 1 through 25, inclusive.      )
19                                      )
                    Defendants.         )
20                                      )

21        THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant, WELLS FARGO

22   BANK, hereby substitutes Jill S. Dickerson, Esq., of Lincoln, Gustafson & Cercos, 225 Broadway,

23   Suite 2000, San Diego, California 92101, (619) 233-1150 as attorneys of record in the above-

24   captioned action in place and stead of Dean A. Christopherson, Christopherson & Associates, 1111

25   Civic Drive, Suite 380, Walnut Creek, California 94596, (925) 256-6677.

26   I consent to this substitution.

27   DATED:_____          _____
                                     On behalf of WELLS FARGO BANK
28

                              -1-          **CASE NO. 02CV 1094**
                        **SUBSTITUTION OF ATTORNEY**

1   I consent to this substitution.

2                     CHRISTOPHERSON & ASSOCIATES

3   DATED: _____    _____
                                 Dean A. Christopherson, Esq.

4

5   I accept this substitution.

6                     LINCOLN, GUSTAFSON & CERCOS

7   DATED:_____    _____
                                 Jill S. Dickerson, Esq.

8

9   IT IS SO ORDERED.

10  DATED: August 22, 2005

11

12

13                          _____
                           MORRISON C. ENGLAND, JR
                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28