Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA 92101
Tel: 619-702-4335
Fax: 619-243-0088

Attorneys for Plaintiff
Traci Boyd

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Traci Boyd, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Attention LLC, a business entity of unknown form; Phyllis Mallory, an individual; and Wells Fargo Bank, a business entity of unknown form, and Does 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. 2:05-cv-1381-MCE-JFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

This matter having been settled in its entirety,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated undersigned counsel of record that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. As part of this stipulation, each party in this action agrees that it will bear its own costs, fees, and expenses associated with this action.

DATED: August 8, 2006          THE AFFINITY LAW GROUP APC

By: */s/ Gregory P. Goonan*
    Gregory P. Goonan
    Attorneys for Plaintiff Traci Boyd

DATED: August 8, 2006          SESSIONS, FISHMAN & NATHAN
                               IN CALIFORNIA, LLP

By: */s/ Debbie P. Kirkpatrick*
    Debbie P. Kirkpatrick
    Attorneys for Defendants

ORDER

In view of the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs, fees, and expenses associated with this action.

DATE: August 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE